IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America for the use of Quality Coatings & Tile, LLC dba Herzog Coatings,<br><br>Plaintiff,<br><br>v.<br><br>Hartford Accident and Indemnity Company,<br><br>Defendant. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br>Case No. 1:25-cv-00125 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on February 27, 2026, at 9:00AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 4th day of August, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court